IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12CR125 |
| vs. | : | Chief Magistrate Judge Sharon L. Ovington |
| MICHAEL BERRY | : | |
| Defendant. | : | |

**ENTRY PLACING DEFENDANT
ON PREJUDGMENT PROBATION**

Upon Motion of Defendant Berry, and for good cause shown, Defendant Berry is placed on probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a). The Court finds that Defendant Berry has not been convicted of violating a federal or state law relating to controlled substances, nor has he been previously subject to disposition under this section.

The Court places Defendant Berry on probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including Special Conditions that Defendant Berry: (1) participate in a substance abuse assessment/treatment, either inpatient or outpatient, to include testing, at the direction of the probation officer; (2) participate in mental health assessment/treatment at the direction of the probation officer. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Berry's completion of the probationary period.

May 20, 2013

                           s/Sharon L. Ovington
                           Sharon L. Ovington
                    Chief United States Magistrate Judge